UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| JIN XIANG ZHENG | CASE NO. 3:26-CV-00239 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| PAM BONDI, ET AL | MAGISTRATE JUDGE WHITEHURST |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant Petition for Writ of Habeas Corpus [Doc. 1] is GRANTED. Petitioner Jin Xiang Zheng ("Petitioner") shall be RELEASED from detention as soon as practicable, not to exceed five (5) business days from today. The Government shall take all necessary measures to stay apprised of Petitioner's location after his release.

**IT IS FURTHER ORDERED** that the parties file a Notice of Compliance with this Court within 24 hours of Petitioner's release.

**IT IS FURTHER ORDERED** that the government is authorized to take Petitioner into custody again to effectuate his removal once a third country has been identified that will accept him.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to mail a copy of this Judgment to Petitioner at the Jackson Parish Correctional Center, where Petitioner is detained.

**THUS DONE AND SIGNED** in chambers this 26th day of August, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE